RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division
ANGELA O'CONNELL
Environmental Enforcement Section
301 Howard Street, Suite 1050
San Francisco, California 94105
Tel: (415) 744-6485
Fax: (415) 744-6476

McGREGOR W. SCOTT
United States Attorney
E. ROBERT WRIGHT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Tel: (916) 554-2700
Fax: (916) 554-2900

Attorneys for Plaintiff United States of America
(Additional Attorneys Listed on Following Page)

**IN THE UNITED STATES DISTRICT COURT FOR
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA, and the PEOPLE OF THE STATE OF CALIFORNIA, ex rel. the CALIFORNIA DEPARTMENT OF FISH AND GAME, the CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION, and the CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, LAHONTAN REGION,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**KINDER MORGAN ENERGY PARTNERS, L.P., and SFPP L.P.,**<br><br>**Defendants.** | **Civil Action No. 2:07-00952-GEB-EFB**<br><br>**[PROPOSED] ORDER TO ENTER CONSENT DECREE** |

1  This matter comes before this Court on Plaintiffs' unopposed Request To Enter
2  Consent Decree between the plaintiff United States and settling defendants, Kinder
3  Morgan Energy Partners, L.P. et al.  This Court, having considered the supporting
4  
5  papers, and the Court being sufficiently advised,
6  IT IS THIS 26th day of July, 2007,
7  IT IS SO ORDERED that the Plaintiffs' Request to Enter Consent Decree is granted.
8  IT IS FURTHER ORDERED that the Consent Decree shall be entered as a final
9  judgment, pursuant to Fed. R. Civ. P. 58.

_____
GARLAND E. BURRELL, JR.
United States District Judge