**FILED**

APR 2 5 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, AND THE PEOPLE OF THE STATE OF CALIFORNIA, ex rel. the CALIFORNIA DEPARTMENT OF FISH AND GAME, the CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION, and the CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, LAHONTAN REGION,<br><br>　　Plaintiffs,<br><br>　vs.<br><br>KINDER MORGAN ENERGY PARTNERS, L.P., and SFPP L.P.,<br><br>　　Defendants. | CASE NO. 2:07-00952-GEB-EFB<br><br>[Proposed] ORDER APPROVING JOINT STIPULATION FOR TERMINATION OF CONSENT DECREE |

This matter comes before the Court on the Joint Stipulation for Termination of Consent Decree among the United States of America, by authority of the Attorney General of the United States acting on behalf of the United States Environmental Protection Agency, the United States Department of the Interior, and the United States Department of Commerce, National Oceanic and Atmospheric Administration ("United States"); the People of the State of California, *ex relatione* the California Department of Fish and Game, the California Regional Water Quality Control Board, San Francisco Bay Region and the California Regional Water Quality Control Board,

ORDER APPROVING JOINT STIPULATION FOR TERMINATION OF CONSENT DECREE

Lahontan Region (the "State," collectively with the United States as "Plaintiffs"); and Kinder Morgan Energy Partners, L.P. and SFPP, L.P. ("Defendants" or "Kinder Morgan") with respect to that Consent Decree entered by the Court in this action on July 26, 2007. The Parties jointly stipulate that Kinder Morgan has satisfied all requirements for termination of the Consent Decree entered by the Court in this matter on July 26, 2007, and that the Consent Decree is accordingly terminated.

This Court, having considered the Joint Stipulation for Termination of Consent Decree, and being sufficiently advised, hereby approves such Joint Stipulation this _____ day of April 25, 2013.

IT IS SO ORDERED

GARLAND E. BURRELL, JR.
Senior United States District Judge

ORDER APPROVING JOINT STIPULATION FOR TERMINATION OF CONSENT DECREE